COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:      Jamall Jerome McMurrin v. The State of Texas

Appellate case number:    01-10-00048-CR

Trial court case number:  09CR1888

Trial court:              212th District Court of Galveston County

Appellant's court-appointed counsel filed a brief concluding that the above-referenced appeal is frivolous and a motion to withdraw as counsel. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967).

The motion to withdraw as counsel is **granted**. Appointed counsel still has a duty to (1) send appellant a copy of the opinion and judgment, (2) notify appellant of any upcoming appellate deadlines not previously disclosed (e.g., to file a pro se motion for rehearing or petition for discretionary review), (3) inform appellant that he may, on his own, file a pro se petition for discretionary review in the Court of Criminal Appeals under Texas Rule of Appellate Procedure 68, and (4) file with the Clerk of this Court **within five days** from the date of the opinion the documents required by Texas Rules of Appellate Procedure 6.5(c) and 48.4. *See Bledsoe*, 178 S.W.3d at 827 & n.6; *Ex Parte Wilson*, 956 S.W.2d 25, 27 (Tex. Crim. App. 1997); *Stephens v. State*, 35 S.W.3d 770, 771–72 (Tex. App.—Houston [1st Dist.] 2000, no pet.).

Judge's signature:  /s/ Jim Sharp
                    Acting for the Court
                    Panel consists of Justices Jennings, Sharp, and Brown.

Date:               August 30, 2012